# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129065

COVENANT HEALTHCARE SYSTEMS,
f/k/a SAGINAW GENERAL HOSPITAL,
     Plaintiff-Appellee,

v

M. HASAN FAKIH, M.D.,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129065
COA: 252473
Saginaw CC: 02-045104-CZ

On order of the Court, the application for leave to appeal the May 31, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

l0221